IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
*ex rel.* BONNIE SOMMERS-OLSON,

    Plaintiff,

    v.                                   Case No. 13-cv-703-wmc

UNIVERSITY OF WISCONSIN
MEDICAL FOUNDATION, INC.,

    Defendant.

---

**ORDER**

---

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and consenting to the Stipulation of Dismissal, the Court rules as follows:

IT IS ORDERED that,

1. the Complaint and Amended Complaint be unsealed; and

2. all other contents of the Court's file in this action filed *ex parte* and under seal remain *ex parte* and under seal, and shall not be made public except for this Order, the Stipulation of Dismissal, and the United States' Notice of Consent to the Stipulation of Dismissal and Unopposed Motion for Partial Lifting of the Seal.

Entered this 23rd day of January, 2015.

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge